IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIFEMD, INC., ) | |
| JUSTIN SCHREIBER and ) | Civil Action No. 2:21-cv-00640 NBF |
| STEFAN GALLUPPI ) | |
| vs. ) | or |
| CHRISTIAN MATTHEW LAMARCO, ) | |
| CULPER RESEARCH ) | Criminal Action No.: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX |
| and JOHN/JANE DOES 2-10 ) | |

## DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____, in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for PLAINTIFF LIFEMD, INC., _____, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

05/14/2021                                             /s/Jessica G. Lucas
Date                                                          Signature of Attorney or Litigant

Revision Date: November 1, 2016