IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIFEMD, INC., JUSTIN SCHREIBER and STEFAN GALLUPPI | : |
| Plaintiffs, | : CIVIL ACTION |
| v. | : NO. 2:21-cv-00640-WSS |
| CHRISTIAN MATTHEW LAMARCO, CULPER RESEARCH and JOHN/JANE DOES 2-10 | : |
| Defendants. | : |

## STIPULATION AND ORDER

Pursuant to LCvR 7.E, Plaintiffs, LIFEMD, *et al.,* and Defendants, Christian Matthew Lamarco and Culper Research, by and through their respective undersigned counsel, hereby stipulate and agree that the time for Defendants, Christian Matthew Lamarco and Culper Research, to file a response to Plaintiff's Complaint is extended to and including July 9, 2021. Counsel for Defendants Christian Matthew Lamarco and Culper Research are also accepting service on behalf of Culper Research.

| | |
|---|---|
| GORDON REES SCULLY MANSUKHANI, LLP | COZEN O'CONNOR |
| */s/ S. Manoj Jegasothy* | */s/ Rachel J. Wenger* |
| S. Manoj Jegasothy, Esquire | Rachel J. Wenger, Esquire |
| Jessica G. Lucas, Esquire | Michael de Leeuw, Esquire (*Pro Hac Vice Admission Forthcoming*) |
| 707 Grant Street, Suite 3800 | Tamar Wise, Esquire (*Pro Hac Vice Admission Forthcoming*) |
| Pittsburgh, PA 15219 | One Oxford Centre |
| mjegasohty@grsm.com | 301 Grant Street, 41st Floor |
| jlucas@grsm.com | Pittsburgh, PA 15219 |
| *Attorneys for Plaintiffs* | rwenger@cozen.com |
| | *Attorney for Defendants* |

**BY THE COURT:**

_____

**WILLIAM S. STICKMAN IV**
**UNITED STATES DISTRICT JUDGE**