IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIFEMD, INC., JUSTIN SCHREIBER and STEFAN GALLUPPI<br><br>Plaintiffs,<br>v.<br><br>CHRISTIAN MATTHEW LAMARCO, CULPER RESEARCH and JOHN/JANE DOES 2-10<br>Defendants. | CIVIL ACTION<br><br>NO. 2:21-cv-00640-WSS |

## **NOTICE OF APPEARANCE**

TO THE CLERK:

    Please enter the appearance of Rachel J. Wenger, Esquire, of Cozen O'Connor, on behalf of Defendants Christian Matthew LaMarco and Culpeper Research, in the above-captioned case.

                              Respectfully submitted,

                              */s/ Rachel J. Wenger*
                              Rachel J. Wenger, Esquire (PA ID 325647)
                              Cozen O'Connor
                              One Oxford Centre
                              301 Grant Street, 41st Floor
                              Pittsburgh, PA 15219
                              rwenger@cozen.com
                              *Attorney for Defendants*

Dated: June 10, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of June, 2021, a copy of the foregoing was filed electronically in accordance with the local rules and was therefore served electronically using the Court's CM/ECF system, which will automatically send an email notification to all counsel of record.

*/s/ Rachel J. Wenger*
Rachel J. Wenger
