IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIFEMD, INC., JUSTIN SCHREIBER and STEFAN GALLUPPI | : : : |
| Plaintiffs, | : : |
| v. | : CIVIL ACTION : |
| CHRISTIAN MATTHEW LAMARCO, CULPER RESEARCH and JOHN/JANE DOES 2-10 | : NO. 2:21-cv-00640-WSS : : |
| Defendants. | : : : |

## <u>DISCLOSURE STATEMENT FORM</u>

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Shadyside partners, llc, d/b/a Culper Research** in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

*/s/ Rachel J. Wenger*
Rachel J. Wenger, Esquire
Cozen O'Connor
One Oxford Centre
301 Grant Street, 41st Floor
Pittsburgh, PA 15219
rwenger@cozen.com
*Attorney for Defendants*

Dated: June 16, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June, 2021, a copy of the foregoing was filed electronically in accordance with the local rules and was therefore served electronically using the Court's CM/ECF system, which will automatically send an email notification to all counsel of record.


_/s/ Rachel J. Wenger_
Rachel J. Wenger

LEGAL\52673205\1