**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

LIFEMD, INC., JUSTIN SCHREIBER, and
STEPHEN GALLUPPI,

      Plaintiffs,

v.

CHRISTIAN MATTHEW LAMARCO, CULPER
RESEARCH, and JOHN/JANE DOES 2–10,

      Defendants.

Civil Action No.: 2:21-cv-00640

Honorable William S. Stickman IV

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby

voluntarily dismiss this action without prejudice.  Plaintiffs intend to pursue their claims against

additional defendants whose joinder here would divest this Court of jurisdiction.

Respectfully submitted this 19th day of August, 2021.

**LIFEMD, INC., JUSTIN SCHREIBER, and
STEFAN GALLUPPI**
By Counsel

**GORDON REES SCULLY MANSUKHANI, LLP**

By:   */s/ Jessica G. Lucas*
    S. Manoj Jegasothy (PA ID No. 80084)
    Jessica G. Lucas (PA ID No. 311280)
    707 Grant Street, Suite 3800
    Pittsburgh, PA  15219
    Tel:  (412) 577-7400
    Fax: (412) 347-5461
    mjegasothy@grsm.com; jlucas@grsm.com
    *Attorneys for Plaintiffs*

- 1 -

- 2 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 19th day of August, 2021, I filed a true and correct copy of the

foregoing document via the Court's CM/ECF electronic filing system, which then caused the same

to be served upon all parties and attorneys of record.


      */s/ Jessica G. Lucas*
      Jessica G. Lucas, Esq.